WILEY RAMEY, SB#45792
Attorney at Law
9520 Castillo Drive
San Simeon, CA 93452
Phone: (805) 924-3010
Fax: (805) 924-3011

Attorney for Debtor and Movant,
GLENN GREGO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>GLENN GREGO,<br><br>Debtor.<br>_____ | Case No. 2:16-CV-00040-TLN-EFB<br>Case in other courtn: 14-20064-D-7 (BK)<br>DCN:  WR-72<br><br>Judge:  Hon. Troy L Nunley<br>Case Filed:  January 8, 2016<br><br>**ORDER CONTINUING AND RESCHEDULING MOTION TO WITHDRAW REFERENCE**<br><br>DATE:  2/25/16<br>TIME:   2PM<br>PLACE:  Sacramento Division at 501 I Street, 15th floor, Courtroom 2<br>Sacramento, California |

///

ORDER CONTINUING AND RESCHEDULING MOTION TO WITHDRAW REFERENCE

ORDER

Good cause appearing and based on the request of Plaintiff and without opposition the Court reschedules the Motion to Withdraw the Reference to **April 21, 2016, at 2:00 pm in Department 2**, of the above the entitled Court.

So Ordered

Dated: February 18, 2016

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING AND RESCHEDULING MOTION TO WITHDRAW REFERENCE