BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California  95814

Telephone:  (916) 442-9002
Facsimile:   (916) 442-9003

Attorneys for Chapter 7 Trustee
Douglas M. Whatley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br> GLENN GREGO <br><br> Debtor. | Case No.:  2:16-CV-00040-TLN <br><br> **ORDER GRANTING STIPULATION TO CONTINUE MOTION TO WITHDRAW REFERENCE** |

Upon review of the Stipulation to Continue Motion to Withdraw Reference and good cause appearing therefor,

IT IS ORDERED that the Motion to Withdraw Reference now scheduled for April 21, 2016 at 2:00 p.m. is continued until June 30, 2016 at 2:00 p.m. in Courtroom 2.

Dated: April 12, 2016

_____
Troy L. Nunley
United States District Judge

- 1 -