**WILEY RAMEY, SB#45792**
Attorney at Law
9520 Castillo Drive
San Simeon, CA 93452
805-924-3010
Fax: 805-927-2374

Attorney for Debtor and Movant,
GLENN GREGO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION)

| | |
|---|---|
| In Re:<br><br>GLENN GREGO,<br><br>      Debtor. | Case No. 2:16-CV-00040-TLN<br><br>PROPOSED ORDER<br><br>DATE:  N/A<br>TIME:  N/A<br>DEPT:  N/A |

GOOD CAUSE APPEARING THE COURT GRANTS THE

WITHDRAWAL OF THE MOTION TO WITHDRAW REFERENCE

FILED BY THE DEBTER GLENN GREGO AND ORDERS THE

MATTER DISMISSED.

The parties are responsible for their own costs and attorney's fees.

Dated: June 8, 2016

*[signature]*

Troy L. Nunley
United States District Judge